SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
KAY OTANI (No. 184607)
Deputy Federal Public Defender
(E-mail: Kay_Otani@fd.org)
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone: (951) 276-6346
Facsimile: (951) 276-6368

Attorneys for Material Witnesses:
EDGAR ANTONIO ALFARO-FIGUEROA; ARTURO
ALVARADO-MEXICANOZ; ROBINSON COLLADO-RODRIGUEZ;
BENEDICTO ANTONIO CORADO-QUINONES; ALONZO PEDRO CRUZ;
ENERCIDA MARIA MORONTA-COLON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 10-714-CAS |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR MATERIAL WITNESSES TO RECEIVE U-VISA CERTIFICATION |
| v. | |
| JUAN PEREZ-HERNANDEZ, et al., | |
| Defendants. | |

/////

/////

/////

/////

/////

Upon full consideration of all points and authorities, oral arguments and all other evidence presented to the Court by the parties,

IT IS HEREBY ORDERED that Material Witnesses' Motion for U-Visa Certification is GRANTED. The Court will certify the Material Witnesses' U-Visa applications by signing the submitted "Supplement B" forms.

DATED: June 29, 2011

HONORABLE CHRISTINA A. SNYDER
United States District Judge

Presented by:

_____/S/_____
KAY OTANI
Deputy Federal Public Defender